

**ORDERED in the Southern District of Florida on June 14, 2011.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

IN RE:  
SCOTT A. ADDLESBERGER  
SS#XXX-XX-4856  

Case No.: 10-32999-BKC-EPK  
Chapter 13 Case

     Debtor.     /

### ORDER APPROVING AMENDED APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY FRANK, WHITE-BOYD, P.A., ATTORNEY FOR CHAPTER 13 DEBTOR

THIS MATTER having come before this Court on June 10, 2011 upon Frank, White-Boyd, P.A.'s Amended Application for Compensation for Professional Services or Reimbursement of Expenses by Attorney for Chapter 13 Debtor (DE#137), the Court having heard counsel's arguments, and the Court being fully advised in the premises, it is

ORDERED AND ADJUDGED as follows:

Amended Application for Compensation for Professional Services or Reimbursement of Expenses by Frank, White-Boyd, P.A., Attorney for Chapter 13 Debtor,

is hereby APPROVED for the reduced sum of $16,754.00 for fees and $819.69 for costs.

###

**Submitted by:**
NADINE V. WHITE-BOYD, ESQ.
Frank, White-Boyd, P.A.
11382 Prosperity Farms Rd., #230
Palm Beach Gardens, FL 33410
(561) 626-4700
(561) 627-9479-fax

Nadine V. White-Boyd, Esq. is directed to serve copies of this order on the parties listed below and file a certificate of service.

**Copy provided by electronic mail to:**
Audrey J. Dixon        adixon@erwlaw.com,  mjoseph@erwlaw.com
Allison B. Duffie on behalf of Creditor Aurora Loan Services, LLC  aduffie@fcllaw.com
Julianne R. Frank on behalf of Debtor  fwbbnk@fwbpa.com, jrfbnk@gmail.com
Carol A. Lawson cal@dczahm.com, bk@dczahm.com
Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov
Recovery Management Systems Corp (RS)  claims@recoverycorp.com
Monica Reyes on behalf of Creditor Aurora Loan Services, LLC
        mreyes@fcllaw.com, BKNOTICES@fcllaw.com
Jason A. Weber jweber@kahaneandassociates.com,  dphillips@kahaneandassociates.com; jbuchanan@kahaneandassociates.com
Robin R. Weiner  ecf@ch13weiner.com, ecf2@ch13weiner.com
Scott R. Weiss    scott.weiss@marshallwatson.com, Jairo.Garcia@marshallwatson.com
Nadine V. White-Boyd nwbbnk@fwbpa.com, nwbbnk@gmail.com
Douglas C. Zahm cal@dczahm.com, bk@dczahm.com

**Notice provided by U.S. Mail to:**
Scott A. Addlesberger
4200 N. Terrace Drive
West Palm Beach, FL 33407

Aurora Loan Services LLC
8201 Peters Road
Suite 3000
Plantation, FL 33324

JP Morgan Chase Bank, NA
P. O. Box 24785
Columbus, OH 43224

Lenders Business Process Services
14523 SW Millikan Way, #200
Beaverton, OR 97005

Y:\Client Matters\Addlesberger\Pleadings\ORDER.APPROVING FEE APP.wpd